# SUPREME COURT OF THE STATE OF NEW YORK
## *Appellate Division, Fourth Judicial Department*

1150

CA 12-01758

PRESENT: CENTRA, J.P., FAHEY, CARNI, SCONIERS, AND VALENTINO, JJ.

---

IN THE MATTER OF ANTHONY AMAKER,
PETITIONER-APPELLANT,

V                                                              ORDER

BRIAN FISCHER, COMMISSIONER, NEW YORK STATE
DEPARTMENT OF CORRECTIONS AND COMMUNITY
SUPERVISION, RESPONDENT-RESPONDENT.

---

WYOMING COUNTY-ATTICA LEGAL AID BUREAU, WARSAW (ADAM W. KOCH OF
COUNSEL), FOR PETITIONER-APPELLANT.

ERIC T. SCHNEIDERMAN, ATTORNEY GENERAL, ALBANY (PETER H. SCHIFF OF
COUNSEL), FOR RESPONDENT-RESPONDENT.

-----------------------------------------------------------------------------------------------------------

　　　　Appeal from a judgment of the Supreme Court, Wyoming County (Mark
H. Dadd, A.J.), entered July 5, 2012 in a CPLR article 78 proceeding.
The judgment denied the motion of petitioner requesting that the
amended petition be summarily granted and denied the amended petition.

　　　　It is hereby ORDERED that the judgment so appealed from is
unanimously affirmed without costs.

Entered:  November 8, 2013                          Frances E. Cafarell
                                                   Clerk of the Court